# United States District Court
# Eastern District of California

Nolianys Lisseth MARTINEZ PALENCIA

Plaintiff(s)

V.

Christopher CHESTNUT, et al

Defendant(s)

Case Number: 1:26-cv-09485-DAD-CSK

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Daniel R. Black hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Nolianys Lisseth Martinez Palencia

On 10/16/2014 (date), I was admitted to practice and presently in good standing in the Utah State Bar and U.S. District Court of Utah (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Kevin Alexander Maldonado Perez, Case No.: 1:26-cv-03538 (VC), Date Filed: 06/04/26, Granted.

Luis Manuel Gongora Santos, Case No.: 1:26-cv-04303-TLN-JDP, Date Filed: 06/04/26, Granted.

Date: 11/16/2026 Signature of Applicant: /s/ [signature]

**Pro Hac Vice Attorney**

Applicant's Name: Daniel R. Black

Law Firm Name: Stowell Crayk, PLLC

Address: 2788 Washington Blvd.

City: Ogden State: UT Zip: 84401

Phone Number w/Area Code: (385) 355-9256

City and State of Residence: Ogden, Utah

Primary E-mail Address: dan@lawscb.com

Secondary E-mail Address: ______

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brett Parkinson

Law Firm Name: Parkinson Benson Potter (PBP Law)

Address: 100 Pine Street

Suite 1250

City: San Francisco State: CA Zip: 94111

Phone Number w/Area Code: (415) 534-7990 Bar # 230150

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 11/18/2026

Chi Soo Kim

JUDGE, U.S. DISTRICT COURT

AO 136

# CERTIFICATE OF GOOD STANDING

## UNITED STATES DISTRICT COURT

### District of Utah

I, Gary P. Serdar, Clerk of the United States District Court, District of Utah, certify that

## Daniel R. Black

Bar # **15095**, was duly admitted to practice in this Court on October 16, 2014, and is in good standing as a member of the bar of this Court.

Dated at Salt Lake City, Utah
on November 17, 2026

Gary P. Serdar
*Clerk*

*(By) Deputy Clerk*

# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 11/16/2026

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Daniel R Black

This is to certify that Daniel R Black, Utah State Bar No. 15095 was admitted to practice law in Utah on 10/16/2014.

Daniel R Black is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

Maribeth LeHoux
General Counsel
Utah State Bar

No.2026 -1203744
verify by email at cogsrequest@utahbar.org